McCOY v. PURSER

No. 73P88.

Case below: 88 N.C. App. 482.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 May 1988.

McLEOD v. HUTCHINS

No. 97P88.

Case below: 88 N.C. App. 612.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 May 1988.

PASCHALL v. N.C. DEPT. OF CORRECTION

No. 99P88.

Case below: 88 N.C. App. 520.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 May 1988.

PATEL v. MID SOUTHWEST ELECTRIC

No. 74P88.

Case below: 88 N.C. App. 146.

Petition by Bhagu Patel for discretionary review pursuant to G.S. 7A-31 denied 5 May 1988.

STATE v. BREWER

No. 115P88.

Case below: 88 N.C. App. 152.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 5 May 1988.